JOHN TWYMAN et al., Appellants, v. MILK BOTTLERS FEDERATION, Respondent.— In an action for unpaid minimum wages and unpaid compensation for overtime alleged to be due under the Fair Labor Standards Act of 1938 (U. S. Code, tit. 29, §§ 201–219), plaintiffs appeal, by permission of this court, from an order of the Appellate Term which affirmed a judgment of the City Court, Kings County, dismissing the complaint on the merits. Order unanimously affirmed, with costs. We find that the business of the defendant is that of a service establishment and that as such it is within the exception provided for in the second clause of subdivision (a) of section 13 of the statute [U. S. Code, tit. 29, § 213, subd. (a), cl. (2)]. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [180 Misc. 229, 232; 180 Misc. 788.]

MORGAN A. WUSTER et al., Respondents, v. WILLIAM J. LEVITT et al., Copartners under the Name of LEVITT & SONS, Appellants, and TOWN OF NORTH HEMPSTEAD et al., Defendants-Respondents. MORGAN A. WUSTER et al., Plaintiffs, v. COUNTY OF NASSAU, Defendant.— In a consolidated action to recover for damage alleged to have been caused to plaintiffs' premises, purchased from appellants, as a result of the construction and maintenance by appellants of an inadequate storm sewer system, order denying appellants' motion to place the case on the Military Suspense Calendar affirmed, with ten dollars costs and disbursements to plaintiffs, upon condition that within five days after the entry of the order hereon the plaintiffs stipulate that the deposition of defendant William J. Levitt be taken; otherwise the order appealed from is reversed on the facts, with ten dollars costs and disbursements, and the motion granted. We take judicial notice of the telegram from William J. Levitt's commanding officer, submitted on the argument before this court of an application for a stay and filed in this court, which states "Levitt does not wish to attend this court action". Close, P. J., Hagarty, Johnston and Aldrich, JJ., concur; Adel, J., dissents from the conditional affirmance of the order and votes to reverse and to grant the motion on the ground that the refusal to place the case on the Military Suspense Calendar constituted an improvident exercise of discretion.

## (March 22, 1944.)

In the Matter of the Application of DOUGLAS TUCKER for Admission to Practice, as an Attorney. (From the State of Georgia.) — Application granted. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.